UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

**OTTO CANDIES, LLC**

        **Plaintiff,**

v.

**OFTS, LLC**

        **Defendant,**

Civil Action No.

Magistrate No.

---

## COMPLAINT

NOW COMES Plaintiff, Otto Candies, LLC, who avers the following:

I.

Plaintiff, Otto Candies, LLC, is a Louisiana limited liability company with its principal place of business in Des Allemands, Louisiana.

II.

Defendant, OFTS, LLC, is a Texas limited liability company with its principal place of business in Houston, Texas.

III.

Jurisdiction is proper before this Honorable Court pursuant to 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. §1333.

1

IV.

Venue is proper pursuant to 28 U.S.C. §1391.

V.

On or about June 30, 2014, Plaintiff and Defendant entered into an oral agreement whereby OFTS, LLC was to provide crane repair services and parts to Otto Candies, LLC in repairing the M/V ROSS CANDIES at the Gulf Copper Shipyard facility in Port Arthur, Texas.

VI.

Pursuant to the oral agreement, Otto Candies, LLC was to pay a down-payment of 40% of the repair estimate to OFTS, LLC before the work commenced. At the completion of the crane repairs, the balance of the repair estimate was to be paid.

VII.

In fulfillment of its obligation under the oral contract, Otto Candies, LLC paid to OFTS, LLC a down-payment of $74,196.00, representing 40% of the repair estimate.

VIII.

OFTS, LLC sent repair personnel to the Gulf Copper Shipyard facility to begin the crane repairs on June 30, 2014. The repair personnel remained on site until July 11, 2014. Following July 11, 2014, the OFTS, LLC repair personnel left the Gulf Copper Shipyard facility with none of the crane repairs performed.

IX.

OFTS, LLC breached the oral contract with Otto Candies, LLC by failing to perform the crane repairs properly and completely.

X.

Due to OFTS, LLC's breach of contract, Otto Candies, LLC was forced to hire a third party to perform the crane repairs for which OFTS, LLC had already been contracted and partially paid.

XI.

Due to its breach of contract, OFTS, LLC is liable to Otto Candies, LLC for all damages resulting from the breach, including without limitation, the costs incurred in hiring a third party to complete the repairs, and Otto Candies, LLC's associated costs resulting therefrom.

XII.

By present estimation, damages are expected to exceed $100,000.00.

WHEREFORE,  Plaintiff, Otto Candies, LLC prays that Defendant, OFTS, LLC be cited to appear and answer this Complaint; and, that after due proceedings, there be judgment in favor of Otto Candies, LLC and against OFTS, LLC in the amount of Otto Candies' proven damages, together with legal interest thereon from July 11, 2014, together with all costs of these proceedings; and for all other relief in law or equity to

which Otto Candies, LLC is entitled.

                                                   Respectfully submitted,

                                                 HARRIS & RUFTY, L.L.C.
                                                 **/s/ Jill S. Willhoft**
                                               Rufus C. Harris, III (#6638)
                                               Alfred J. Rufty, III (#19990)
                                               Jill S. Willhoft (# 28990)
                                               Cindy G. Martin (#25159)
                                               650 Poydras Street, Suite 2710
                                               New Orleans, Louisiana 70130
                                               Telephone:   (504) 525-7500
                                               Facsimile:    (504)  525-7222
                                               E-mail – jsw@harrisrufty.com
                                                           rch@harrisrufty.com
                                                           ajr@harrisrufty.com
                                                           cgm@harrisrufty.com